# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2023

## NO. 03-21-00204-CV

**Texas Commission on Environmental Quality
and Vulcan Construction Materials LLC, Appellants**

**v.**

**Friends of Dry Comal Creek, Stop 3009 Vulcan Quarry, Jeffrey Reeh,
Terry Olson, Mike Olson, and Comal Independent School District, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND JONES
REVERSED AND RENDERED -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on April 1, 2021. The Court's opinion and judgment dated September 29, 2022, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, this Court reverses the trial court's judgment and renders judgment affirming the Commissioners' order of November 21, 2019. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.